PACHULSKI STANG ZIEHL & JONES LLP
John D. Fiero (CA Bar No. 136557)
Jason H. Rosell (CA Bar No. 269126)
Brooke E. Wilson (CA Bar No. 354614)
One Sansome Street, Suite 3430
San Francisco, California 94104
Telephone: (415) 263-7000
Email: jfiero@pszjlaw.com
jrosell@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to the Plaintiff, Michael Goldberg, Trustee of the LFM Plan Recovery Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON,<br>Consolidated Debtor. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br>Plaintiff,<br>v.<br>HARPER FAMILY PROPERTIES, LLC, a California limited liability company, and JOSEPH W. HARPER, an individual,<br>Defendants. | Adv. Pro. No. 26-01022<br>**STIPULATION TO CONTINUE RESPONSE DEADLINE, SCHEDULING CONFERENCE, AND SCHEDULING CONFERENCE OBLIGATIONS** |

This Stipulation is entered into by and between plaintiff Michael Goldberg, the duly-appointed Trustee of the LFM Plan Recovery Trust ("***Plaintiff***") and defendants Harper Family Properties, LLC and Joseph W. Harper (collectively, "***Defendants***"). Plaintiff and Defendants (collectively, the "***Parties***"), through their counsel, stipulate as follows:

**RECITALS**

1. On September 10, 2026, Plaintiff filed a *Complaint for Avoidance and Recovery of Fraudulent and Preferential Transfers and Objection to Claim*.

2. On October 15, 2026, Plaintiff filed an *Amended Complaint for Avoidance and Recovery of Fraudulent and Preferential Transfers and Objection to Claim* ("***Complaint***"),



Case: 26-01022 Doc# 10 Filed: 11/17/26 Entered: 11/17/26 15:43:07 Page 1 of 2

correcting Defendants' names. On November 4, 2026, following issuance of an alias summons, Plaintiff served the Complaint, alias summons, and the Court's initial scheduling order by mail on Defendants' counsel.

3. Pursuant to the Court's summons issued November 4, 2026 [Docket No. 8], a scheduling conference ("***Scheduling Conference***") is set for January 7, 2027 at 2:00 p.m. Pursuant to Fed. R. Bankr. P. 7026(f), numerous deadlines are keyed to the Scheduling Conference, including, but not limited to, a meeting among the parties, initial disclosures, and submission of a written discovery plan (the "***Scheduling Conference Obligations***").

4. The Parties wish to extend the deadline for Defendants to respond to the Complaint and to continue the Scheduling Conference and related Scheduling Conference Obligations by approximately 30 days.

**NOW, THEREFORE,** the Parties stipulate and agree as follows:

1. The deadline for Defendants to respond to the Complaint is January 5, 2027

2. The Parties jointly ask the Court to re-set the Scheduling Conference to a date convenient to the Court that is no earlier than February 18, 2027.

3. The Parties jointly ask the Court to continue all Scheduling Conference Obligations to a date that is consistent with the newly-established Scheduling Conference and Fed. R. Bankr. P. 7026(f).

Dated: November 17, 2026

PACHULSKI STANG ZIEHL & JONES LLP

By */s/ John D. Fiero*
John D. Fiero

*Counsel to the Plaintiff, Michael Goldberg, Trustee of the LFM Plan Recovery Trust*

Dated: November 17, 2026

BUCHANAN INGERSOLL & ROONEY PC

By */s/ Kimberly Arouh*
Kimberly Arouh (CA Bar No. 163285)

*Counsel to the Defendants, Harper Family Properties, LLC and Joseph W. Harper.*