**Entered on Docket**
**November 17, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 17, 2026**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**



**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON,<br>Consolidated Debtor. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | Adv. Pro. No. 26-01022<br>**ORDER GRANTING STIPULATION TO CONTINUE RESPONSE DEADLINE, SCHEDULING CONFERENCE, AND SCHEDULING CONFERENCE OBLIGATIONS** |

The Court has reviewed the *Stipulation to Continue Response Deadline, Scheduling Conference, and Scheduling Conference Obligations* [Docket No. 10] ("***Stipulation***")[1] entered by and through counsel for the Plaintiff and Defendants; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED**:

1. The Stipulation is approved.
2. The deadline for Defendants to respond to the Complaint is January 5, 2027.
3. The Scheduling Conference is continued to February 18, 2027 at 2:00 p.m.

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation.

4. The Scheduling Conference Obligations are continued in accordance with the new hearing date and Fed. R. Bankr. P. 7026(a) and (f).



Case: 26-01022 Doc# 11 Filed: 11/17/26 Entered: 11/17/26 16:25:05 Page 2 of 2