**Entered on Docket**
**November 18, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: November 18, 2026**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re<br>LEFEVER MATTSON,<br>Consolidated Debtor. | Case No. 24-10545 HLB<br>(Substantively Consolidated)<br>Chapter 11 |
| MICHAEL GOLDBERG, as trustee of the LFM Plan Recovery Trust,<br>Plaintiff,<br>v.<br>HARPER FAMILY PROPERTIES, LLC, a California limited liability company, and JOSEPH W. HARPER, an individual,<br>Defendants. | Adv. Pro. No. 26-01022<br>**AMENDED ORDER GRANTING STIPULATION TO CONTINUE RESPONSE DEADLINE, SCHEDULING CONFERENCE, AND SCHEDULING CONFERENCE OBLIGATIONS** |

The Court has reviewed the *Stipulation to Continue Response Deadline, Scheduling Conference, and Scheduling Conference Obligations* [Docket No. 10] ("***Stipulation***")[1] entered by and through counsel for the Plaintiff and Defendants; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED**:

1. The Stipulation is approved.

[1] Capitalized terms not otherwise defined have the meanings set forth in the Stipulation. This Order is amended to reflect the correct adversary caption.

2. The deadline for Defendants to respond to the Complaint is January 5, 2027.

3. The Scheduling Conference is continued to February 18, 2027 at 2:00 p.m.

4. The Scheduling Conference Obligations are continued in accordance with the new hearing date and Fed. R. Bankr. P. 7026(a) and (f).

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Case: 26-01022 Doc# 12 Filed: 11/18/26 Entered: 11/18/26 13:26:51 Page 2 of 2